# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DARIO MICHAEL RODRIGUEZ,

    Plaintiff,

v.                                       Case No. 5:22-cv-98-TKW-MJF

KATHY SERRANO, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute. Accordingly, it is **ORDERED** that:

---

[1] Plaintiff may be unaware of the Report and Recommendation because the copy mailed to his address of record was returned as undeliverable, as was the copy mailed to the prison (Apalachee Correction Institution) from which he had recently mailed documents to the Eleventh Circuit. *See* Doc. 18 and accompanying docket note, which states that, after the mail was returned, "Clerk searched FDOC and BOP inmate locator sites and was unable to locate Plaintiff." Plaintiff's failure to keep the court apprised of his current address is an independent basis for dismissal of this case.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for failure to comply with court orders and failure to prosecute.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 3rd day of October, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**